IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP LEROY HOSKINS,

    Petitioner,

v.

JEFF PREMO, Superintendent,
Oregon State Penitentiary,

    Respondent.

Civ. No. 6:13-cv-00930-SU

OPINION AND ORDER

**MCSHANE, Judge**:

    Petitioner, *pro se*, brings this petition seeking habeas corpus relief under 28 U.S.C. § 2254. Petitioner seeks to challenge state court convictions for Rape in the First Degree, ORS § 163.375, Sexual Abuse in the Second Degree, ORS § 163.425, and Rape in the Third Degree, ORS § 163.355, because of ineffective assistance of counsel. *See* Respondent's Exs. 2, 4–5, ECF No. 30-1.[1] Magistrate Judge Patricia Sullivan issued a Findings and Recommendation (F&R) on May 15, 2015, recommending denial. The matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    Because no objections to the F&R were timely filed, this Court reviews only the legal principles *de novo*. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). Upon review, this Court finds no error in Judge Sullivan's F&R, ECF No. 46.

---

[1] Petitioner asserted fifteen claims of ineffective assistance of counsel. *See* Petition Writ Habeas Corpus 3–5, ECF No. 2.

1 – OPINION AND ORDER

## CONCLUSION

This Court ADOPTS Judge Sullivan's F&R, ECF No. 46, in full. Petitioner Hoskins's petition for writ of habeas corpus, ECF No. 2, is DENIED.

IT IS SO ORDERED.

DATED this 15 day of June, 2015.

                                **Michael J. McShane**
                                **United States District Judge**

2 – OPINION AND ORDER